IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20408
Conference Calendar
_____


GLENN ANDERSON,

Plaintiff-Appellant,

versus

GLADYS M. OAKLEY, Judge,

Defendant-Appellee,

and

GEORGIA ANDERSON,

Defendant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-720
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Glenn Franklin Anderson appeals from the denial of his motion for a preliminary injunction in which he sought to "[e]njoin [p]rocess in Cause No. 92L-866 before the County Court at Law Austin County Texas."  The district court did not abuse

---

[*]	Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

its discretion in denying Anderson's motion for a preliminary injunction. Anderson failed to demonstrate a substantial likelihood of success on the merits because the district court lacked federal jurisdiction. Rooker v. Fidelity Trust Co., 263 U.S. 413, 416 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 475 (1983). All pending motions are DENIED.

We caution Anderson that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Anderson is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.